IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 23-03037-02-CR-S-BCW |
| ANNE LOUISE CURRIE, ) | |
| Defendant. ) | |

**ORDER**

Before the Court is the Motion for release on bond dated June 21, 2023, filed by Defendant personally. (Doc. 74.) In this matter, Defendant is represented by an attorney, and the Court "is not required to entertain *pro se* motions filed by a represented party." *United States v. Tollefson*, 853 F.3d 481, 485 (8th Cir. 2017) (cleaned up). This prohibition was set forth in the April 20, 2023 Scheduling and Trial Order, which states that *pro se* filings will not be accepted from defendants who are represented by counsel. (Doc. 30 ¶ VI(A).)

Accordingly, the *pro se* Motion for release on bond is **DENIED** without prejudice. Any motion to the Court must be made by and through Defendant's attorney.[1] The Clerk's Office is directed to send a copy of this Order to Defendant via regular mail.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: June 29, 2023

---

[1] On June 26, 2023, Defendant's attorney filed a Motion to Reconsider Detention (doc. 73), which will be reviewed and determined by the undersigned separately.